## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kyle Spence, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state:

1. I am a Special Agent (SA) of Federal Bureau of Investigation (FBI). I am currently assigned to the Cincinnati Field Office, Columbus Resident Agency. I am responsible for conducting complex financial crime investigations. Before my assignment in Cincinnati, I spent four months at the FBI Training Academy in Quantico, VA, where I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including Title 18 U.S.C. § 371, 1343, 157, and 1028A, and I am authorized by law to request a criminal complaint.

2. I, Special Agent Kyle Spence (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of Title 18 U.S.C. § 371 (Conspiracy to Commit Wire Fraud) Title 18 U.S. Code § 1343 (Wire Fraud), Title 18 U.S.C § 157 (Bankruptcy Fraud) and Title 18 U.S.C. § 1028A (Aggravated Identity Theft). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of subpoenas and execution of search warrants; interview(s); and my experience, training and background as a Special Agent. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Yolanda Ruffin (RUFFIN) and Julius Bannerman (BANNERMAN) hereinafter (SUBJECTS) committed the violations listed above.

## FACTS SUPPORTING PROBABLE CAUSE

3. The United States, including the Federal Bureau of Investigation, is conducting a criminal investigation into violations of Title 18 U.S.C. § 371 (Conspiracy to Commit Wire Fraud) Title 18 U.S. Code § 1343 (Wire Fraud), Title 18 U.S.C § 157 (Bankruptcy Fraud) and Title 18 U.S.C. § 1028A (Aggravated Identity Theft). The current investigation involves a scheme where the SUBJECTS applied for rental units using stolen Personal Identity Information, including Social Security account numbers, dates of birth, and credit information. The SUSPECTS provided fraudulent pay stubs and drivers licenses to the apartment complexes and provided reference phone numbers that route to other family members or friends for the purpose of income verification. The unit is then either used by the SUBJECTS or subleased to customers by the suspect who collects rental proceeds from the sublease. The SUBJECTS then fails to make payments to the landlord, who must file for eviction on the tenant. In some cases, Chapter 13 bankruptcies have been filed in the names of the stolen identities to stay the eviction process.

4. On or about September 12, 2024, a Search Warrant was executed on the residence of an admitted co-conspirator of RUFFIN. Following the review of evidence, several identities were located to include Cheryl Mcleod, and several cellular devices.

5. On or about January 2025, a Search Warrant was executed on a cellular device belonging to an admitted co-conspirator of RUFFIN. Following an analysis of the phone, multiple text chains were located between the co-conspirator and RUFFIN, wherein information regarding identities was shared, to include Personal Identifying Information (PII), along with fictious driver's license images, being sent by the RUFFIN to the co-conspirator.

6. During the scheme, between 2019 and 2024 with the co-conspirator, the following identities were used. The SUBJECT provided the following identities to the Co-conspirator for them to use to apply for and move into multiple rental properties and submit Bankruptcy documents; Courtney Teeter, Tera Turpin, Catherine Volin and Robin Hill.

7. On or about August 5th, 2025, a proffer interview was conducted with the co-conspirator. During the interview, the co-conspirator identified the individual as Yo-yo and further identified the individual as the RUFFIN. The Co-Conspirator identified two phone numbers, the 380-269-6504 and 614-956-5630.

***Bankruptcy Filing/Identity Theft/Wire fraud –Multiple Addresses– Alias: Rebecca Appiarius***

8. On or about fall of 2023, the following addresses were applied for using the Alias of Rebecca Appiarius.
   a. 18 West Waterloo, Apt A, Canal Winchester, Ohio.
   b. 868 Stewart Avenue, Columbus, Ohio.
   c. 3676 Ripley Trail Drive, Pickerington, Ohio.
   d. 6341 Lowridge Dr, Canal Winchester, Ohio.
   e. 2827 Winsford Ct, Columbus Ohio.

9. On or about December 27, 2023, a Chapter 13 Bankruptcy was filed in the United States Bankruptcy Court, Southern District of Ohio in the name of Rebecca Appiarius, case number 23-54504. In the bankruptcy case of Rebecca Appiarius, a copy of the photo ID of non-debtor Tammy Vance was submitted with the bankruptcy documents, alongside a full SSN and DOB. Contained in the bankruptcy documents were phone numbers and email addresses including 614-626-3785 and email address Beckyapp75@gmail.com. The listed address for the bankruptcy petition was 868 Stewart Avenue. This Bankruptcy petition caused an automatic motion of relief against any evictions actively being sought by the rental companies that owned the above properties.

10. On or about, January 5, 2024, The United States Bankruptcy Court, Southern District of Ohio, Eastern Division dismissed the petition for bankruptcy for failure to file schedules and plan, and to file acceptable photo ID for Rebecca Appiarius.

11. Following the dismissal of the Bankruptcy Petition, each of the properties were evicted during the spring of 2024.

12. Your affiant reviewed database checks regarding the provided Social Security Number provided on the Bankruptcy Petition for Rebecca Appiarius. Database records show that the SSN was attached to a real Rebecca Appiarius in Indiana, and that the real Appiarius was deceased as of May 21, 2020, predating all the applications and leases.

13. For the email Beckyapp75@gmail.com, records received from Google Inc. and reviewed by your affiant, did not show any subscriber name or recovery information for the account. Additional records from Google Inc. show that the email was registered to an android device. The following additional emails were registered to the same device, including yfr104@gmail.com, jubann247@gmail.com, laylabs223@gmail.com, Yolandaruffin69@gmail.com, and Yolandaruffin35@gmail.com.

14. Your affiant reviewed additional records from Google Inc for the emails, Yfr104@gmail.com, Jubann247@gmail.com, Laylabs223@gmail.com, and yolandaruffin69@gmail.com, Records showed that for each of the emails, the listed subscribers or payment methods for the emails listed the SUBJECTS or known family members of the subjects.

15. A financial analysis was conducted on bank accounts associated with the SUBJECTS. Records provided by Green Dot Corporation ("Green Dot") show that four transactions occurred that listed the name on deposit as Rebecca Appiarius. Of the four transactions, three declined due to insufficient funds. T&R Properties and Ardent Property were listed as the recipients of the payments. The address 6341 Lowridge Drive is owned by T&R Properties. Two T&R transactions in BANNERMAN'S Green Dot account ($50.00 posted, $250.00 returned) match the T&R ledger.

16. On or about March 18, 2026, an interview was conducted with Tammy Vance, the submitter of the bankruptcy petition. During the interview, Vance stated that RUFFIN had paid her to fill out bankruptcy paperwork multiple times, and that RUFFIN claimed to own a company that would assist people in applying for rental properties. Vance stated that she had filled out bankruptcy documentation for multiple identities that were provided to her by RUFFIN and submitted them on her behalf for payment. Vance stated that she would provide photo updates to RUFFIN regarding any communications she received from the bankruptcy court.

***Identity Theft and Wire Fraud – Cheryl Mcleod***

17. On or about fall of 2024, the following addresses were applied for using the alias of Cheryl Mcleod.
    a. 1232 Carolwood Ave, Columbus, Ohio – Application date November 18, 2024.
    b. 398 Trestle View St., Columbus, Ohio – Application date July 27, 2024.
    c. 215 Hither Creek Ln, Reynoldsburg, Ohio – Application date September 18, 2024.

18. For the application of 1232 Carolwood Ave, an application fee was initiated for $50, and the following identifiers were provided as part of the lease application. This apartment was not moved into.
    a. Email Address - Cherimac21@gmail.com
    b. Phone number - 614-686-4807
    c. Last 4 of SSN – 2146 for Cheryl Mcleod

19. For the application of 398 Trestle View St, an application and admin of $205 was initiated, and the following identifiers were provided as part of the lease application. This apartment was not moved into.
    a. Email Address - Cherimac21@gmail.com.
    b. Phone number - 614-686-4807
    c. Last 4 of SSN – 2146 for Cheryl Mcleod
    d. Driver's license image with DOB for Cheryl Mcleod
    e. IP Signing address: 74.139.203.212.

20. For the residence of 215 Hiter Creek Ln, the following identifiers were provided as part of the lease application. This apartment was leased and moved into.
    a. Email address Cherimac21@gmail.com.
    b. IP Signing address: 74.139.203.212

21. Your affiant conducted a records check for the provided Driver's license of Cheryl Mcleod. Your affiant was unable to locate a matching Ohio Driver's License matching either the name, DOB, or driver's license number.

22. Your affiant reviewed database checks regarding the provided SSN, DOB and name for Cheryl Mcleod. Your affiant identified the real Mcleod residing in Peabody Massachusetts.

23. Your affiant interviewed the real Cheryl Mcleod. During the interview, Mcleod stated that she has never resided in the state of Ohio, been issued a license for the state of Ohio or ever applied for rental properties in the state. McLeod stated she has never used any of the emails or phone numbers listed in the applications. Your affiant observed that McLeod did not match the image provided on the driver's license on the application of 398 Trestle View St.

24. Your affiant reviewed records associated with phone number 614-686-4807. Records from Textnow, a mobile VOIP app, showed subscriber Robinroe356, email address Robinroe356@gmail.com. The phone number was allocated to Robinroe356 from July 23, 2024, to April 8, 2025.

25. A financial analysis was conducted on bank records associated with the SUBJECTS. In records provided by Green Dot, two payments were found to match the ledger of the application for 1232 Carolwood Ave. This included two charges of $55.00 for application fees that were reversed due to insufficient funds.

26. In records provided by Green Dot, two payments were initiated from the account to Oakwood Properties, matching documentation provided by Oakwood Properties in relation to the application of 398 Trestle View St. This included two charges of $205.00 for application/admin fees that were reversed due to insufficient funds.

27. For the email Cherimac21@gmail.com, Google Inc. records showed that the email address was attached to an android device. This android device attached several of the same email addresses as attached to the Rebecca Appiarius email, to include

yfr104@gmail.com and Jubann247@gmail.com. Robinroe356@gmail.com was attached to the same android device. Other emails known to your affiant and associated with identity thefts were attached to the same device.

***Identity Theft and Wire Fraud – Samarah Ruggs***

28. On or about August 2025, the following addresses were applied for using the alias of Samarah Ruggs.
    a. 7166 Brooke Blvd, Reynoldsburg, Ohio – Application date August 8, 2025.
    b. 223 E. Town St, Columbus, Ohio – Application date August 15, 2025

29. For the application of 7166 Brooke Blvd, the following identifying information was provided in the application.
    a. Email Address - Ruggssam@gmail.com
    b. Driver License image with DOB for Samarah Ruggs
    c. Full SSN for Samarah Ruggs
    d. Phone number - 380-249-6900
    e. Proof of Income for Presidential Pretty LLC.

30. For the application for 223 E. Town St, the following identifying information was provided in the application.
    a. Email Address - Ruggssam@gmail.com
    b. DOB for Samarah Ruggs
    c. Phone number - 380-249-6900
    d. Driver's license number – identical to 7166 Brook license.

31. Your affiant conducted a records check for the provided Driver's license of Samarah Ruggs. Your affiant was unable to locate a matching Ohio Driver's License matching either the name, DOB, or driver's license number.

32. Your affiant reviewed database checks regarding the provided SSN, DOB and name for Samarah Ruggs. Your affiant identified the real Ruggs residing in Chelsea, Massachusetts.

33. Your affiant interviewed the real Ruggs regarding the apartment applications. Ruggs stated that she has never lived in Ohio and never applied for any of the properties. Ruggs did not authorize anyone to use her SSN or DOB to apply. Ruggs stated she had never used any of the listed phone numbers or email address from the applications. Ruggs stated that after checking her credit report, she saw multiple soft credit checks for multiple properties in the Columbus, Ohio area from August 2025.

34. Your affiant reviewed records provided by Google Inc. regarding the email address ruggssam@gmail.com. Records show the email was created on August 6, 2026, and listed subscriber name of Sam Ruggs. Additional subscriber records showed that recovery email rusam984@gmail.com and phone number 380-249-6900 were attached the account.

35. Your affiant reviewed additional records provided by Google Inc. regarding the email rusam984@gmail.com. The email was created on August 25, 2026.

36. Both rusam984@gmail.com and ruggssam@gmail.com were attached to an android device. Attached to the same android device was known emails belonging to the SUBJECTS, including Yolandaruffin019, yfr104@gmail.com and smartchoicetaxprep@gmail.com

37. Further records provided by Google Inc. showed that the subscriber records listed the SUBJECTS as the owners of the accounts or connected payment methods to the accounts belonging to the SUBJECTS. Records also showed that an android device was used with the email, along with approximately 20 additional emails, to include the recovery email rusam984@gmail.com. Google records provided an IMEI device number for the phone, 359590186725575.

38. Your affiant reviewed records from AT&T regarding the IMEI 359590186725575. Records showed the device registered to phone number 380-269-6504, with subscriber name James Sims.

39. Your affiant and other Agents of the Federal Bureau of Investigation conducted surveillance of 7166 Brooke Blvd between September 9 and 11, 2025. During the surveillance, your affiant identified Tempress Bannerman, a known family member of the SUBJECTS, entering and exiting the residence on multiple occasions. Your affiant identified a 2017 Chevrolet Sonic with a temporary license plate. A records search conducted for the temporary license plate showed that the vehicle was registered with RUFFIN.

***Identity Theft and Wire Fraud – Rhonda Picard***

40. On or about July 14, 2025, the address 5012 J Marcy Woods Lane, Dublin, Ohio, 43016, was applied for using the alias Rhonda Picard.

41. Your affiant reviewed records provided by Ardent Communities, owner of the address 5012 J Marcy Woods Ln. On the application, the following information as listed.
    a. Email address – Rondapic60@gmail.com
    b. Phone number - 380-270-3218
    c. Last 4 SSN for Rhonda Picard
    d. Driver license image with DOB for Rhonda Picard
    e. Previous address 1232 Carolwood Ave.

42. Your affiant conducted a records check for the provided Driver's license of Rhonda Picard. Your affiant was unable to locate a matching Ohio Driver's License matching either the name, DOB, or driver's license number.

43. Your affiant reviewed database checks regarding the provided SSN, DOB and name for Rhonda Picard. Your affiant identified the real Picard residing in West Gardiner, Maine.

44. A further review of records from Ardent Communities listed a contact phone number of 614-956-5630. This phone number was used to receive and sent multiple messages to and from Ardent communities.

45. Your affiant reviewed records provided by Textnow Inc. regarding phone number 614-956-5630. RUFFIN was listed as the primary subscriber of the phone number during the time of the application.

46. Your affiant reviewed records provided by Google Inc. regarding the email address Rhondapic60@gmail.com. Records show the email was created on July 9, 2025, and listed the subscriber's name as Rhonda. This email was also attached to the same Android device associated with the SUBJECTS.

***Additional Evidence***

47. On or about August 18, 2025, a financial analysis was conducted of records received from Green Dot belonging to the RUFFIN and BANNERMAN. The records featured the names of the following individuals who are known to the affiant as either being used to file bankruptcy within the Southern District of Ohio or used for the purpose of leasing apartments associated with the scheme. These individuals appeared in the records alongside application fee and security deposit payments made to landlords. These names were also received through subpoena returns from the various landlords of the rentals associated with the scheme. Cheryl Mcleod, Alissa Arthur, Rachel Houseman, Joanne Baldwin, Alyssa Sumpter, Rebecca Appiarius, Katherine Ireland, Brittany Love, Courtney Teeter, Diane Hartzell, Vanessa Randin, Amber Postlethwait, and Tina Stelter.

48. On or about August 14, 2026, your affiant received a Ping Warrant relating to the phone number 380-269-6504. Your affiant used this ping warrant to locate a possible address for the SUBJECTS.

49. On or about August 25, 2026, to August 31, 2026, your affiant conducted surveillance at the address of 1064 Cedar Dr. During multiple surveillances, your affiant Identified both RUFFIN and BANNERMAN as residing at the address.

50. On or about August 25, 2026, your affiant reviewed records provided by Ravines at Taylor, property management for the 1064 Cedar Dr, Reynoldsburg, Ohio. Records showed that the house was leased by RUFFIN, and listed BANNERMAN as an emergency contact. Records also showed RUFFIN'S phone number: 380-269-6504, driver's license, matching date of birth and Social Security number.

51. On or about September 9, 2026, your affiant along with additional agents from the FBI conducted surveillance on the SUBJECTS. During the surveillance, your affiant observed the SUBJECTS loading a U-Haul truck with furniture from 1064 Cedar Dr. The truck departed 1064 Cedar Dr. and your affiant followed the vehicle until it arrived at 145 West Johnstown Road, Apt 207, Gahanna, Ohio. Your affiant witnessed the SUBJECTS unloading several items from the U-Haul and bringing them into the apartment.

52. On or about September 10, 2026, your affiant received records from The Francis regarding 145 West Johnstown Road, Apt 207. Records showed that the apartment was leased by RUFFIN and was signed on September 9, 2026. Records additionally showed the phone number 380-269-6504, and email address yfr104@gmail.com.

53. On or about September 10, 2026, your affiant reviewed ping warrant information relating to the phone number 380-269-6504. General location pings showed that the device traveled multiple times from the area of 1064 Cedar Dr to 145 Johnston Road between September 9 and 10, 2026.

54. Based upon the above information, your affiant submits that there is probable cause to believe that RUFFIN and BANNERMAN have committed federal crimes in violation of Title 18 U.S.C. § 371 (Conspiracy to Commit Wire Fraud) Title 18 U.S. Code § 1343 (Wire Fraud), Title 18 U.S.C § 157 (Bankruptcy Fraud) and Title 18 U.S.C. § 1028A (Aggravated

Identity Theft). Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

KYLE SPENCE Digitally signed by KYLE SPENCE Date: 2026.09.13 18:32:15 -04'00'

Kyle Spence
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 14th day of September 2026.

S. COURTER MORRIS SHIMEALL
Magistrate Judge
U.S. District Court for the Southern District of Ohio